10541041910
00
Court of Appeals for the
 First District of Texas at Houston
 
 Order

Case number: 01-12-00914-CR

Style: In re Johnny Mack Brown

Original Proceeding on Petition for Writ of Mandamus from The State of Texas v. Johnny Mack Brown, No. 129800301010 in the 209[th] District Court of Harris County, Texas, the Hon. J. Michael Wilkinson, presiding.

 On October 1, 2012, relator, Johnny Mack Brown, filed a petition for writ of mandamus seeking review of the trial court's July 6, 2012 order denying relator's motion for a nunc pro tunc judgment to correct an alleged clerical time credit error. 

 The Court further requests a response from the real party in interest. The response, if any, is due Wednesday, October 31, 2012. 

 It is so ORDERED.

Judge's signature: /s/ Sherry Radack 
Acting individually

Date: 10/09/12